UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND SCOTT ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:22-CV-00166 |

## CONSENT MOTION TO DISMISS BURNETT

Comes now plaintiff Raymond Scott Elliott, through counsel, pursuant to FRCP 41(a)(2), and moves the Court to dismiss individual defendant Heidi Burnett with prejudice, with all parties to bear their own costs.

Plaintiff contacted defendants' attorney, Jeffrey Hanslick, who consents to this dismissal of this individual defendant.

WHEREFORE, plaintiff requests that the Court grant his motion to dismiss defendant Burnett with prejudice, with all parties to bear their own costs.

Respectfully submitted,

WORKERS RIGHTS LAW FIRM LLC
2258 Grissom Drive
St. Louis, Missouri 63146
Phone: (314) 824-0348
Fax: (314) 828-1029

/s/ Sherrie A. Hall
SHERRIE A. HALL, #40949
sherrieworkersrights@gmail.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, the foregoing was electronically filed with the Court and served via ECF filing system on all participating parties.

/s/ Sherrie A. Hall