UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND SCOTT ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CV-00166 |
| | ) | |
| THE PROCTER & GAMBLE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION TO DISMISS CASE WITH PREJUDICE**

Comes now plaintiff Raymond Scott Elliott, through counsel, pursuant to FRCP 41(a)(2), and moves the Court to dismiss this lawsuit with prejudice, with all parties to bear their own costs.

Plaintiff contacted defendants' attorney, Jeffrey Hanslick, who consents to this dismissal.

WHEREFORE, plaintiff requests that the Court grant his motion to dismiss this matter with prejudice, with all parties to bear their own costs.

Respectfully submitted,

WORKERS RIGHTS LAW FIRM LLC
2258 Grissom Drive
St. Louis, Missouri 63146
Phone: (314) 824-0348
Fax: (314) 828-1029

/s/ Sherrie A. Hall
SHERRIE A. HALL, #40949
sherrieworkersrights@gmail.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, the foregoing was electronically filed with the Court and served via ECF filing system on all participating parties.

/s/ Sherrie A. Hall